IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEONARD HOLLEY | : | NO. 12-5429 |

## ORDER

AND NOW, this 24TH day of January, 2013, it appearing that:

a) counsel filed a complaint on behalf of plaintiff on September 24, 2012;

b) the last date for service of plaintiff's complaint was January 22, 2013;

c) a review of the docket indicates that service has not yet been made.

It is therefore ORDERED that this case is DISMISSED without prejudice for lack of prosecution.

/s/ Norma L. Shapiro
J.