IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | : | Civil Action No. 2:12-cv-05429-NS |
| Plaintiff, | : | |
| v. | : | |
| LEONARD HOLLEY, | : | |
| Defendant. | : | |
| | : | |
| | : | |

**PLAINTIFF'S MOTION FOR RELIEF FROM JANUARY 24, 2013 ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 60(b)**

Plaintiff AF Holdings, LLC ("Plaintiff"), through its undersigned counsel, hereby moves this Court for relief from the Court's Order of January 24, 2013, dismissing the instant case without prejudice, pursuant to Federal Rule of Civil Procedure 60(b). This motion is based upon the case record, attached memorandum and authorities cited therein, the attached Declaration of Stella Wi Dugas, the attached Summons, the attached Proof of Non-service, and the attached Proof of Service.

For all the reasons articulated in the attached memorandum, Plaintiff respectfully asks the Court to grant this motion.

Respectfully submitted,

AF Holdings, LLC,

DATED: January 29, 2013     By:   /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
*Attorney for Plaintiff*