### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AF HOLDINGS, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LEONARD HOLLEY** | : | No. 12-5429 |

### O R D E R

AND NOW, this 4th day of February, 2013, upon consideration of plaintiff's Motion for Relief from January 24, 2013 Order of Dismissal Without Prejudice, it appearing that service was made within the time allowed under Federal Rule of Civil Procedure 4, is **ORDERED** that:

1. Plaintiff's Motion for Relief (paper no. 7) is **GRANTED**.

2. The court's January 24, 2013 order dismissing plaintiff's claim is set aside.

3. The Clerk of Court shall reopen this action.

4. Defendant shall serve a responsive pleading under Federal Rule of Civil Procedure 12 on or before **February 25, 2013**.

                                                /s/ Norma L. Shapiro

                                                                                    J.