UNITIED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF PENNSYLVANIA

JANUARY 30, 2013

Case No. 2:12-cv-05429-NS

**ANSWER TO COMPLAINT**

Civil Action No. 12-5429

AF HOLDINGS, LLC

Plaintiff

v.

LEONARD HOLLEY

Defendant

Attorney for Plaintiff

Daniel G. Ruggiero

P.O. Box 291

Canton, MA 02021

Telephone: (339)237-0343

UNITED STATES DISTRICT COURT January 30, 2013

for the

EASTERN DISTRICT OF PENNSYLVANIA

ANSWER TO COMPLAINT

1. I disagree with this assertion regarding the "NATURE OF THE CASE".

2. I disagree with the assertion that AF Holdings is indeed a actual company and challenge the plantiff to provide evidence as to the actual owner of of this alleged company.

3. I have insuficient knowledge to assert a answer.

4. I do acknowledge that I am over the age of 18, however, I have insufficient knowledge to assert a answer to the rest of paragraph 4.

5-7. I have insufficient knowledge to assert a answer to these paragraphs.

8-17. I have insufficent knowledge to assert a answer to these paragraphs.

18. I have insufficient knowledge to assert a answer to this paragraph.

19. I disagree with this statement as I was not furnished with a copy of "EXIHIBIT B"

20-21. I have insufficient knowledgr to assert a answer to this paragraph.

22. I disagree with this statement and further more I question the valadity of Plaintiff's forensic software that these claims are based on.

23. I disagree with this statement. I also question the investigators credentials to perform this action, the legality of said action and the accuracy of this action.

24. I disagree with this statement.

25-26. I have insufficient knowledge to assert an answer to these statements.

27-35. I disagree with these statements.

36-37. I disagree with these statements.

38. I disagree with these statements and ask the Plaintiff on what legal grounds these assumptions are based.

39. I disagree with this statement.

40-44. I disagree with these statements.

45-52. I disagree with these statements.

53-58. I disagree with these statements.

COUNT V -NEGLIGENCE

59-70.

I disagree with this claim and I further state, that I motion for dimissal based on this claim. Plaintiff has constructed a five prong basis for this suit,which if I am sucessful in defending against any one of the Plaintiff's accusations none of the Plaintiff's accusations are enforceable.

**71. I agree with this statement.**

Leonard M. Holley

[illegible]

01/30/[illegible] [illegible]

Product Description [illegible]

[illegible]

Zone 3 [illegible]

Expected Delivery [illegible]

Label #:
95[illegible]

Issue PVI: [illegible]

Total: [illegible]

Paid by:
Cash [illegible]
Change Due: [illegible]

[illegible]

Get [illegible] with [illegible] a [illegible]

Bill#: [illegible]
Clerk: [illegible]

[illegible] Returns [illegible] guaranteed [illegible] business [illegible]

[illegible]

Copy of when answer + motion to dismiss was mailed by my brother to Plaintiff's Attorney