IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEONARD HOLLEY | : | NO. 12-5429 |

### PRETRIAL CONFERENCE ORDER

AND NOW, this 26TH day of February, 2013, it is **ORDERED** that a Fed.R.Civ.P. 16 pretrial conference in the above case will be held on **APRIL 22, 2013, at 11:00 A.M.**, in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA.[1] Oral argument on defendant's motion to dismiss motions will be heard at this time.

The attached form[2] is to be completed and returned to Chambers <u>one week</u> prior to the conference; counsel for all parties are expected to discuss together the matters covered by this report form and be prepared to participate in accordance with the court's Order under Fed.R.Civ.P. 16, Local Rules 16.1 and 16.2. Counsel are expected to comply with Fed.R.Civ.P. 16 and 26, as amended December 1, 2006, the Code of Civility adopted by the Pennsylvania Supreme Court on December 6, 2000, and the Working Rules of Professionalism, adopted by the Philadelphia Bar Association on June 28, 1990.

ATTEST:　　　　　　　　　　　　　　or　　　BY THE COURT:

_Madeline F. Ward_
Madeline F. Ward, Deputy Clerk

/s/ Norma L. Shapiro
　　　　　　　　　　　　　　　J.

---

[1] Photo identification, such as a driver's license, will be required to gain entrance into the courthouse.

[2] This form, together with the other items attached to this Order, is also available from our website: www.paed.uscourts.gov.