IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | : | Civil Action No. 2:12-cv-05429-NS |
| Plaintiff, | : | |
| v. | : | |
| LEONARD HOLLEY, | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to dismiss this action in its entirety with prejudice without costs or fees.

The parties pray that the Court enter a judgment reflecting the above.

Respectfully Submitted,

Plaintiff,
By its attorneys,

DATED: March 30, 2013

By: /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808

*Attorney for Plaintiff*

The Defendant,

By: [signature]

Leonard Holley

DATED: March 30, 2013