IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | CIVIL ACTION |
| v. | : | |
| LEONARD HOLLEY | : | NO. 12-5429 |

### ORDER

AND NOW, this 1st day of April, 2013, it appearing that:

a. Plaintiff AF Holdings, LLC, filed its complaint seeking declaratory and injunctive relief against defendant for "copyright infringement under the United States Copyright Act and related civil conspiracy, contributory infringement and negligence claims under the common law to combat the willful and intentional infringement of its creative works."

b. By Order of January 24, 2013, this action was dismissed without prejudice for lack of prosecution. This Order was vacated on February 4, 2013, on motion of counsel for the plaintiff.

c. On February 19, 2013, defendant, appearing *pro se*, filed an answer to plaintiff's complaint as well as a motion to dismiss.

d. By Order of February 26, 2013, a Fed.R.Civ.P. 16 conference was scheduled for April 22, 2013, at which time the court was to hear oral argument on defendant's motion to dismiss,

e. On March 30, 2013, counsel for plaintiff filed a "Notice of Stipulation of Dismissal of Action With Prejudice," signed by him and *pro se* defendant Holley, which stipulates to the dismissal of this action in its entirety with prejudice and without costs or fees.

It is therefore ORDERED that:

1. The Stipulation is approved.

2. Defendant's motion to dismiss is **DENIED AS MOOT**.

3. The Fed.R.Civ.P. 16 conference/oral argument noticed for April 22, 2013, is **CANCELLED**.

4. The Clerk is directed to mark this case **CLOSED**.

_____
Norma L. Shapiro, J.